# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**TRAVIS GOLDEN**

    **Plaintiff,**

**v.**

**OHIO DEPARTMENT OF REHAB AND CORRECTIONS,** *et al.*,

    **Defendants.**

:

:

:

**Case No. 2:22-cv-2125**
**Judge Sarah D. Morrison**
**Magistrate Judge Stephanie K. Bowman**

## ORDER

On May 27, 2022, the Magistrate Judge issued an Order and Report and Recommendation (R&R). (ECF No. 4.) The Magistrate Judge recommends that Plaintiff Travis Golden's Complaint be dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B), with the exception of Plaintiff's privacy claim against Defendant Sergeant Marshall. The Magistrate Judge further recommends that the Court certify pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of an order adopting this R&R would not be taken in good faith, and therefore, deny Plaintiff leave to appeal *in forma pauperis*.

Plaintiff was advised of the right to file objections to the R&R and of the consequences of failing to do so. (ECF No. 4, PageID 61.) No objections have been filed.

The Report and Recommendation is **ADOPTED** and **AFFIRMED**. For the reasons set forth therein, Plaintiff is **PERMITTED** to pursue his claim against Defendant Sergeant Marshall, but the remainder of Plaintiff's claims are **DISMISSED**. The Court **CERTIFIES** that any appeal would be frivolous and not taken in good faith and, therefore, **DENIES** Plaintiff *in forma pauperis status* on appeal.

    **IT IS SO ORDERED**.

/s/ Sarah D. Morrison
**SARAH D. MORRISON**
**UNITED STATES DISTRICT JUDGE**